IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIN TUOHEY | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-5990 |
| | : | |
| BLOOMIN' BRANDS, INC. d/b/a | : | |
| OUTBACK STEAKHOUSE, INC. | : | |

# ORDER

AND NOW, this 15th day of December 2025, upon considering defendant's motion for summary judgment (DI 27), plaintiff's response (DI 28), defendant's reply (DI 29), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's motion for summary judgment on both Ms. Tuohey's Title VII and PHRA claims (DI 27) is **DENIED** because there are genuine disputes of material fact.

2. We will hold a case management videoconference over Microsoft Teams on **December 18, 2025** at **3:30P.M.** and will send a videoconference link by e-mail to all counsel of record.  All parties shall be prepared to discuss setting a date certain for trial.

MURPHY, J.